**DISMISS; and Opinion Filed September 25, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00257-CV

### LASHAUNDA HAWTHORNE, Appellant
### V.
### THE MUSE APTS, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00997-B**

## MEMORANDUM OPINION

Before Justices Myers, Evans, and Brown
Opinion by Justice Brown

By postcard dated July 13, 2018, we notified appellant the time for filing her brief had expired. We directed her to file, within ten days, the brief and an extension motion that complied with Texas Rule of Appellate Procedure 10.5(b). *See* TEX. R. APP. P. 10.5(b). We cautioned appellant that failure to comply would result in dismissal of the appeal. *See id.* 38.8(a)(1). To date, appellant has not complied or otherwise corresponded with the Court. Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).

/Ada Brown/
ADA BROWN
JUSTICE

180257F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

LASHAUNDA HAWTHORNE, Appellant

No. 05-18-00257-CV     V.

THE MUSE APTS, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-18-00997-B.
Opinion delivered by Justice Brown, Justices Myers and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 25th day of September, 2018.